**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-2374**

———————

HENK VISSER,

Plaintiff - Appellant,

versus

UNITED STATES DISTRICT COURT JUDGES OF MARY-
LAND; JOSEPH YOUNG; WILLIAM NICKERSON; BILL
CLINTON, President; QUEEN OF THE NETHERLANDS;
THOSE UNDER THE TREATY OF BOGOTA AND THE
HAGUE; DONNA SHALALA; BAR OF MARYLAND,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-00-
2878-AMD)

———————

Submitted:  January 18, 2001          Decided:  February 2, 2001

———————

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Henk Visser, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Henk Visser appeals the district court's order dismissing Visser's mandamus petition as frivolous. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Visser v. United States District Court Judges, No. CA-00-2878-AMD (D. Md. Oct. 5, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. We deny the petition for pro se writ of mandamus.

AFFIRMED